IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**MARTHA WILLIS, INDIVIDUALLY AND
AS MOTHER AND NEXT FRIEND OF
JALESSA WILLIS, A MINOR,                                          PLAINTIFF,**

**VS.                                        CIVIL ACTION NO. 2:07CV62-P-A**

**KIA MOTORS CORPORATION, ET AL.,                              DEFENDANTS.**

### ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiff's Amended Motion to Remand [15] is **DENIED**; and

(2) The plaintiff's claims against WWD Automobiles, Inc. d/b/a Tom Wadler Auto Group are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 26th day of June, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE