IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MARTHA WILLIS, INDIVIDUALLY AND
AS MOTHER AND NEXT FRIEND OF
JALESSA WILLIS, A MINOR,                                            PLAINTIFF,

VS.                                            CIVIL ACTION NO. 2:07CV62-P-A

KIA MOTORS CORPORATION, ET AL.,                                     DEFENDANTS.

## ORDER

This matter comes before the court upon Defendants' Motion to Set Trial in Western Division (Oxford) [40]. After due consideration of the motion and the responses filed thereto, the court finds that the motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendants' Motion to Set Trial in Western Division (Oxford) [40] is **DENIED**; therefore,

(2) Trial of this matter shall be held in the United States Courthouse in Greenville, Mississippi at a time to be determined by further order of the court.

**SO ORDERED** this the 27th day of August, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE