IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**MARTHA WILLIS, Individually, and**
**as Mother and Next Friend of**
**JALESSA WILLIS, a Minor,**                                             **PLAINTIFF,**

**VS.**                         **CIVIL ACTION NO. 2:07CV062-P-A**

**KIA MOTORS CORPORATION and**
**KIA MOTORS AMERICA, INC.,**                                   **DEFENDANTS.**

## ORDER

This matter comes before the court upon the plaintiff's motion *in limine* to prohibit testimony based on hearsay [244]. After due consideration of the motion, the court finds that it should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that upon the plaintiff's motion *in limine* to prohibit testimony based on hearsay [244] should be denied as premature and nonspecific.

**SO ORDERED** this the 8th day of July, A.D., 2009.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE