IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MARTHA WILLIS, Individually, and
as Mother and Next Friend of
JALESSA WILLIS, a Minor,                                                                           PLAINTIFF,

VS.                                          CIVIL ACTION NO. 2:07CV062-P-A

KIA MOTORS CORPORATION and
KIA MOTORS AMERICA, INC.,                                          DEFENDANTS.

**ORDER**

This matter comes before the court upon the plaintiff's motion *in limine* to exclude testimony of plaintiff's attorneys' and exerts' vehicles [246]. After due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

The motion should be granted insofar as it seeks to prevent the defendants from eliciting testimony from the attorneys in this matter since it is improper to call them as witnesses. However, the motion should be denied insofar as it seeks to exclude questions regarding the experts' vehicles. The court concludes that such questions are relevant and not unfairly prejudicial because such questions legitimately go to credibility of the experts' opinions.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff's motion *in limine* to exclude testimony of plaintiff's attorneys' and exerts' vehicles [246] is **GRANTED IN PART AND DENIED IN PART** as explained above.

**SO ORDERED** this the 8th day of July, A.D., 2009.

                                                            /s/ W. Allen Pepper, Jr.
                                                            W. ALLEN PEPPER, JR.
                                                            UNITED STATES DISTRICT JUDGE