IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MARTHA WILLIS, Individually, and
as Mother and Next Friend of
JALESSA WILLIS, a Minor,                                              PLAINTIFF,

VS.                                            CIVIL ACTION NO. 2:07CV062-P-A

KIA MOTORS CORPORATION and
KIA MOTORS AMERICA, INC.,                                           DEFENDANTS.

## ORDER

This matter comes before the court upon the plaintiff's motion *in limine* to prohibit reference to statistical studies and data [250]. After due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

The motion should be denied as too vague and insufficiently supported by authorities and evidentiary references. The plaintiff has cited no clear authority requiring statistical information used by qualified experts to be certified by a statistician, nor has the plaintiff demonstrated that the statistical information she seeks to exclude is spurious. The plaintiff is free to impeach the statistical information during cross examination.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff's motion *in limine* to prohibit reference to statistical studies and data [250] is **DENIED**.

**SO ORDERED** this the 10th day of July, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE