**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MARTHA WILLIS, Individually, and
as Mother and Next Friend of
JALESSA WILLIS, a Minor,**                                     **PLAINTIFF,**

**VS.**                               **CIVIL ACTION NO. 2:07CV062-P-A**

**KIA MOTORS CORPORATION and
KIA MOTORS AMERICA, INC.,**                                     **DEFENDANTS.**

## ORDER

This matter comes before the court upon the plaintiff's motion *in limine* to prohibit lay opinions [252]. After due consideration of the motion and the response filed thereto, the court finds that the motion should be denied as premature and, in part, vague. The court will revisit the issue during trial if requested.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff's motion *in limine* to prohibit lay opinions [252] is **DENIED**.

**SO ORDERED** this the 10th day of July, A.D., 2009.

                                                  /s/ W. Allen Pepper, Jr.
                                                W. ALLEN PEPPER, JR.
                                                UNITED STATES DISTRICT JUDGE