**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MARTHA WILLIS, Individually, and
as Mother and Next Friend of
JALESSA WILLIS, a Minor,**                                            **PLAINTIFF,**

**VS.**                                     **CIVIL ACTION NO. 2:07CV062-P-A**

**KIA MOTORS CORPORATION and
KIA MOTORS AMERICA, INC.,**                                         **DEFENDANTS.**

## ORDER

This matter comes before the court upon the defendants' motion *in limine* to exclude Kia Sportage Doors Modified by Plaintiff's Expert Andrew Gilberg [261]. After due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

Since the plaintiff has stated that she only intends to use the doors for demonstrative exhibits, and since the court has already denied the defendants' motion to exclude Mr. Gilberg's tension-cable alternative design, the court finds that the instant motion should be denied. However, the doors will not be admitted into evidence.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the defendants' motion *in limine* to exclude Kia Sportage Doors Modified by Plaintiff's Expert Andrew Gilberg [261] is **DENIED**.

**SO ORDERED** this the 29th day of July, A.D., 2009.

                                                                          /s/ W. Allen Pepper, Jr.
                                                                          W. ALLEN PEPPER, JR.
                                                                          UNITED STATES DISTRICT JUDGE