IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MARTHA WILLIS, Individually, and
as Mother and Next Friend of
JALESSA WILLIS, a Minor,                                              PLAINTIFF,

VS.                                            CIVIL ACTION NO. 2:07CV062-P-A

KIA MOTORS CORPORATION and
KIA MOTORS AMERICA, INC.,                                             DEFENDANTS.

## ORDER

This matter comes before the court upon the defendants' motion *in limine* regarding references to experts' personal financial information [267]. After due consideration of the motion and the responses filed thereto, the court finds as follows, to-wit:

The motion should be granted insofar as the plaintiff conceded in her response brief that they will not inquire into the defense experts' personal gross income or income taxes.

The motion should be denied regarding the alleged amounts paid by Ford Motor Company, another automobile manufacturer, to the companies for whom the defense experts worked. Such evidence has potential impeachment value and is therefore relevant and not unfairly prejudicial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the defendants' motion *in limine* regarding references to experts' personal financial information [267] is **GRANTED IN PART AND DENIED IN PART** as explained above.

**SO ORDERED** this the 29th day of July, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE