IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MARTHA WILLIS, INDIVIDUALLY
AND AS MOTHER AND NEXT FRIEND
OF JALEESA WILLIS, A MINOR,                                        PLAINTIFF,

VS.                                                 CIVIL ACTION NO. 2:07CV62-P-A

KIA MOTORS CORPORATION and
KIA MOTORS AMERICA, INC.,                                          DEFENDANTS.

## ORDER

This matter comes before the court upon the plaintiff's motion to enroll full judgment [360]. After due consideration of the motion and the response filed thereto, the court finds as follows, to-wit:

It is undisputed that Miss. Code Ann. §11-1-60 places a $1,000,000.00 cap for non-economic damages in a product liability act. In her motion, the plaintiff cited insufficient authority demonstrating that this statute, duly passed by the Mississippi Legislature, is unconstitutional.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the plaintiff's motion to enroll full judgment [360] is **DENIED**.

**SO ORDERED** this the 10th day of September, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE